AO 442 (Rev. 11/11) Arrest Warrant

8826029

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Stephon Harrigan

_Defendant_

)
)
)
)
)
)
)

Case No.1:22-mj-53
Assign to: Magistrate Judge Zia M. Faruqui
Date: 3/7/2022
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Stephon Harrigan                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)
D.C. Code 22-4503(a)(1) (Unlawful Possession of a Firearm (Prior Conviction))
D.C. Code 22-2803(a)(1) (Carjacking)
D.C. Code 22-2001 (Kidnapping)

Date:      03/07/2022

Zia M. Faruqui
2022.03.07 17:35:22 -05'00'

_Issuing officer's signature_

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 3/8/2022 , and the person was arrested on _(date)_ 3/7/2022
at _(city and state)_ Washington, DC .

Date: 3/8/2022

_Arresting officer's signature_

Michael Tantillo   DUSM
_Printed name and title_